UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,

                Plaintiff,

-against-

218 FIRST AVENUE ASSOCIATES LLC
and SHANGHAI EATS EV13 LLC,

                Defendants.

Case No. 1:26-cv-01369 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 28, 2026, Plaintiff informed the Court of his intent "to move for Clerk Certificates of Default pursuant to [Federal Rule of Civil Procedure] 55(a) within the next seven (7) days." Dkt. 13 at 1. That same day, the Court directed Plaintiff to do so by June 4, 2026, and to file his "related motion for default judgment within 30 days of . . . obtaining all necessary Certificates." Dkt. 14 at 1. Plaintiff filed proposed clerk's certificates of default as to both Defendants by the Court-imposed deadline. *See* Dkts. 15, 17. However, on June 5, 2026, the Clerk of Court rejected the certificates, identifying various deficiencies that needed to be remedied before approval.

To date, Plaintiff has not refiled corrected proposed clerk's certificates of default. Accordingly, Plaintiff is directed to do so by **June 30, 2026**. If, in the alternative, Plaintiff no longer intends to seek default, he must submit a letter to the Court regarding next steps by the same date.

Dated: June 23, 2026
      New York, New York

                      SO ORDERED.

                      _____
                      JENNIFER L. ROCHON
                      United States District Judge