UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL LOPEZ,

Plaintiff,

-against-

218 FIRST AVENUE ASSOCIATES LLC and SHANGHAI EATS EV13 LLC,

Defendants.

Case No. 1:26-cv-01369 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 28, 2026, the Court granted Plaintiff leave to seek a default judgment against Defendants. *See* Dkt. 14. Plaintiff was informed that any "motion for default judgment shall be due within 30 days of Plaintiff obtaining all necessary [Clerk's] Certificates [of Default]." *Id.* at 1 (emphasis omitted). Plaintiff obtained those Certificates on June 30, 2026. *See* Dkts. 24-25. To date, however, Plaintiff has not filed a motion for default judgment. Accordingly, Plaintiff is directed to do so by **August 14, 2026**. If, in the alternative, Plaintiff no longer intends to seek default, he must submit a letter to the Court regarding next steps by the same date.

Dated: August 3, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge